United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **VICTOR MANUEL CRUZ, JR. AND BELINDA CRUZ, individually and a/n/f of B.C, Z.C, and L.C., Plaintiffs,** | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-0315** |
| **EFRAN MORALES SANCHEZ, et al., Defendants.** | § | |

# ORDER

Before the Court for proposed approval is the settlement of the claims of minor Plaintiffs B.C., Z.C., and L.C. (Dkt. Nos. 27-3, 27-5, 27-7). After the United States Magistrate Judge held a hearing, he issued a Report and Recommendation (R&R). (Min. Entry Oct. 28, 2026; Dkt. No. 29). The R&R finds that: the proposed settlement agreements are fair, reasonable, and in the minor Plaintiffs' best interest; the appointment of a guardian ad litem is not necessary; and placing the settlement funds into the Registry of the Court is in the best interest of the minor Plaintiffs. The R&R recommends that:

1. The Court accept the R&R's findings; and
2. The Court approve the proposed settlement as it pertains to minor Plaintiffs B.C., Z.C., and L.C.

(Dkt. No. 29 at 6–7). Additionally, the parties waived their right to object to the Report and Recommendation. (Min. Entry Oct. 28, 2026; Dkt. No. 29 at 7).

Having reviewed the R&R and the proposed settlement agreements, the Court **FINDS** that the Magistrate Judge's findings of fact and conclusions of law are correct and **ADOPTS** the Report's recommendations, (Dkt. No. 29). The Court **APPROVES** the proposed settlement agreement as it pertains to Minor Plaintiffs B.C., Z.C., and L.C.

**By December 2, 2026**, the parties are **ORDERED** to confer and file a proposed Agreed Final Judgment that: reflects that minor Plaintiffs' settlement proceeds will be deposited to the Court's registry; orders that minor Plaintiffs may obtain their funds plus interest earned on or after their 18th birthday upon presentation of valid identification

and upon further order of this Court; and addresses the settlement of claims as to Victor Manuel Cruz, Jr. and Belinda Cruz, individually.

It is so **ORDERED**.

**SIGNED** on November 2, 2026.

John A. Kazen
United States District Judge